FILED

NOV 01 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-19-115-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CESAR HERNANDEZ-RODRIGUEZ, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Change of Plea/Sentencing Hearing scheduled for Friday, November 1, 2019 at 10:30 a.m. is **VACATED** and **RESET** to commence on **Friday, November 1, 2019 at 1:00 p.m.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 1st day of November, 2019.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE