FILED

NOV -1 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR HERNANDEZ-RODRIGUEZ,<br><br>Defendant. | CR 19-115-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, CESAR HERNANDEZ-RODRIGUEZ is hereby released from the custody of the U.S. Marshal Service.

DATED this 1st day of November, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1